IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jill L. Gruler,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., Chase Bank USA, N.A., and Equifax Information Services, LLC,<br><br>　　　　Defendants. | NO. 2:15-CV-01335-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　The Court, having considered Plaintiff Jill L. Gruler ("Gruler") and Defendant Chase Bank USA, N.A.'s ("Chase") stipulation for dismissal as to Defendant Chase only,

　　　IT IS ORDERED that the stipulation is granted. This action is dismissed with prejudice as to Defendant Chase only, with each party to bear its own attorneys' fees and costs.

　　　Dated this 9th day of November, 2015.

_____
Susan R. Bolton
United States District Judge