# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jill L. Gruler,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Bank of America NA, et al.,<br><br>　　　　　　　Defendants. | No. CV-15-01335-PHX-SRB<br><br>**ORDER** |

On December 22, 2015, upon receipt of a Notice of Settlement as to Defendant Bank of America NA, this Court issued an order that this case would be dismissed as to Defendant Bank of America NA only with prejudice within 45 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date.  As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case as to Defendant Bank of America NA with prejudice.

Dated this 9th day of February, 2016.

_____
Susan R. Bolton
United States District Judge