# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jill L. Gruler,<br><br>            Plaintiff,<br><br>v.<br><br>Bank of America NA, et al.,<br><br>            Defendants. | No. CV-15-01335-PHX-SRB<br><br>**ORDER** |

On December 16, 2015, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed as to Defendant Equifax Information Services, LLC with prejudice within 60 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date.  As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case as to Defendant Equifax Information Services, LLC with prejudice.

Dated this 19th day of February, 2016.

_____
Susan R. Bolton
United States District Judge